UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kedist Hirpassa,                           )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )      Civil Action No.:    **10 0607**
                                           )
Federal Aviation Administration,           )
                                           )
        Defendant.                         )

## MEMORANDUM OPINION

The plaintiff has filed an application to proceed without prepayment of fees and a pro se

complaint. The application will be granted and the complaint will be dismissed.

In his complaint, the plaintiff states that since his employment as a summer clerk in 2004

at the U.S. Department of State, he has been "consistently stalked by various helicopters, mainly

Army (Grey) and Police helicopter." Compl. at 1. When he contacted the Federal Aviation

Administration, he was "told to take pictures of it." *Id.* Immediately thereafter the plaintiffs'

camera was "found missing from [his] Bank of America safety box[.]" The plaintiff states that

"whoever has been stalking me using helicopters have [sic] made it difficult for me to live my

life the way I desire[.]" *Id.*

The complaint appears to be based on the sort of "fantastic or delusional scenarios" that

warrant summary dismissal. *Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989) (determining that

courts have the "unusual power to pierce the veil of the complaint's factual allegations and

dismiss those claims whose factual contentions are clearly baseless"). Thus, the complaint will

be dismissed under 28 U.S.C. § 1915(e)(2)(B)(*i*) (requiring dismissal of frivolous complaints).



A separate order accompanies this memorandum opinion.

Date: April 14, 2010

United States District Judge